IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>      *Debtors.* | Chapter 11<br>Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered) |
| SHIRLEY FENICLE, INDIVIDUALLY, AND AS SUCCESSOR -IN-INTEREST TO THE ESTATE OF GEORGE FENICLE, AND DAVID WILLIAM FAHY,<br><br>      *Appellants,*<br><br>v.<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>      *Appellees.* | BAP No. 15-00081<br>Civil Action No. 15-cv-1183 (RGA) |
| MICHAEL CUNNINGHAM, JOE ARABIE, AND MICHELLE ZIEGELBAUM, ON THEIR OWN BEHALF AND ON BEHALF OF SIMILARLY SITUATED,<br><br>      *Appellants,*<br><br>v.<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>      *Appellees.* | BAP No. 15-00083<br>Civil Action No. 15-cv-1218 (RGA) |

**STIPULATION AND ORDER CONSOLIDATING APPEALS FOR
PROCEDURAL PURPOSES AND MODIFYING BRIEFING SCHEDULE**

Appellants Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, and David William Fahy (together, "Plan Appellants"), appellants Michael Cunningham, Joe Arabie, and Michelle Ziegelbaum (together, "Class

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 14319442v.1

Appellants," and together with Plan Appellants, "Appellants"), and Appellees Energy Future Holdings Corp. and affiliated debtors in the above-captioned Chapter 11 cases ("Appellees," and together with Appellants, the "Parties") in accordance with the *Stipulation and Order Establishing Briefing Schedule*, entered March 2, 2016, [No. 15-cv-1183 Doc. 18; No. 15-cv-1218 Doc. 17], stipulate to the following with respect to the above-captioned appeals (the "Appeals"):

WHEREAS, the Court entered a *Stipulation and Order Establishing Briefing Schedule* in each Appeal on March 2, 2016, [No. 15-cv-1183 Doc. 18; No. 15-cv-1218 Doc. 17], requiring Appellants to file opening briefs no later than March 21, 2016, Appellees to file answering briefs no later than April 20, 2016, and Appellants to file replies, if any, no later than May 5, 2016; and

WHEREAS, Appellees filed Motion to Consolidate the Appeals in each Appeal on March 11, 2016 [No. 15-cv-1183 Doc. 22; No. 15-cv-1218 Doc. 19]; and

WHEREAS, Appellants filed opening briefs in each Appeal on March 21, 2016; and

WHEREAS, proposed amicus curiae Public Justice, P.C., filed a *Motion for Extension of Time to File Motion for Leave to File Amicus Curiae Brief of Public Justice, P.C., in Support of Appellants Shirley Fenicle and David William Fahy* on March 25, 2016 [No. 15-cv-1183 Doc. 30]; and

WHEREAS, Appellees opposed Public Justice's motion on March 28, 2016 [No. 15-cv-1183 Doc. 31]; and

RLF1 14319442v.1

WHEREAS, the Court granted Public Justice's motion on March 29, 2016, and extended Appellees' time to file an answering brief in the appeal brought by Plan Appellants to and including May 4, 2016; and

WHEREAS, the Parties agree that consolidating the Appeals for procedural and administrative purposes only will serve the interests of efficiency and ease of administration; and

WHEREAS, the Parties agree that full consolidation for all purposes is unnecessary:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, subject to the Court's approval, that:

1. Appellees pending Motions to Consolidate the Appeals shall be deemed fully resolved upon entry of this stipulation and Order by the Court.

2. The appeals docketed in this Court under Civil Action Nos. 15-cv-1183 (RGA) and 15-cv-1218 (RGA) are hereby consolidated for procedural and administrative purposes only.

3. The Appeals shall be administered under the first docketed appeal, Civil Action No. 12-cv-1183, using the following case caption:

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>                *Debtors.* | Chapter 11<br>Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered) |
| SHIRLEY FENICLE, INDIVIDUALLY, AND AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF GEORGE FENICLE, AND DAVID WILLIAM FAHY,<br><br>                *Appellants,*<br><br>v.<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>                *Appellees.* | Appeals from the Bankruptcy Court<br><br>Civil Action No. 15-cv-1183 (RGA)<br>Civil Action No. 15-cv-1218 (RGA)<br>CONSOLIDATED APPEALS |
| MICHAEL CUNNINGHAM, JOE ARABIE, AND MICHELLE ZIEGELBAUM, ON THEIR OWN BEHALF AND ON BEHALF OF SIMILARLY SITUATED,<br><br>                *Appellants,*<br><br>v.<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>                *Appellees.* | |

    4.    In further aid of this consolidation, and to ensure that all parties to the Appeals, or otherwise interested in the Appeals, can reference one docket for all information and pleadings related to the appeals, a docket entry shall be made on the docket of each of the other Appeals stating as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4

> An Order has been entered in this case directing the consolidation of Civil Action No. 15-cv-1183 (RGA) and Civil Action No. 15-cv-1218 (RGA) for procedural and administrative purposes only. These cases have been consolidated under Civil Action No. 15-cv-1183 (RGA). The docket in the Civil Action No. 15-cv-1183 (RGA) should be consulted for all matters affecting either case.

5. All papers to be filed in the Appeals, whether before or after consolidation, should be filed or deemed filed, as applicable, in the docket of the consolidated Appeals.

6. The parties to the Appeals are hereby authorized to use a combined service list for the Appeals.

7. Appellees' Answering Brief in each Appeal shall be filed no later than **May 4, 2016**.

8. Appellants' Replies in each Appeal, if any, shall be filed no later than **May 25, 2016**.

9. Subject to the Court's availability, oral argument in the Appeals will be scheduled on the same day, with oral argument in Civil Action No. 15-cv-1183 (RGA) heard first.

*[Remainder of page intentionally left blank.]*

| | |
|---|---|
| /s/ Daniel K. Hogan | /s/ Jason M. Madron |
| Daniel K. Hogan (No. 2814) | Mark D. Collins (No. 2981) |
| HOGAN♦McDANIEL | Daniel J. DeFranceschi (No. 2732) |
| 1311 Delaware Avenue | Jason M. Madron (No. 4431) |
| Wilmington, Delaware 19806 | RICHARDS, LAYTON & FINGER, P.A. |
| Telephone: (302) 656-7540 | One Rodney Square |
| Facsimile: (302) 656-7599 | 920 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: 302-651-7700 |
| | Facsimile: 302-651-7701 |

*Attorneys for Appellants Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, Michael Cunningham, Joe Arabie, and Michelle Ziegelbaum*

- and -

- and -

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Mark E. McKane (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

CAPLIN & DRYSDALE, CHARTERED
Leslie M. Kelleher (admitted *pro hac vice*)
One Thomas Circle, N.W.
Washington, DC 20005
Telephone: (202) 862-5000

- and -

- and -

Brenton A. Rogers (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Elihu Inselbuch (admitted *pro hac vice*)
600 Lexington Avenue, 21st Floor
New York, New York 10022
Telephone: (202) 862-5000

- and -

*Attorneys for Appellees*

KAZAN MCCLAIN SATTERLEY
  & GREENWOOD
Steven Kazan (admitted *pro hac vice*)
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (507) 302-1000
Facsimile: (510) 835-4913

*Attorneys for Appellant Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle*

6

-and-

EARLY LUCARELLI SWEENEY & STRAUSS
Ethan Early (admitted *pro hac vice*)
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Attorneys for Appellant David William Fahy*

-and-

MIRER MAZZOCCHI SCHALET
 & JULIET, PLLC
Jeanne Mirer (admitted *pro hac vice*)
150 Broadway, Suite 1200
New York, New York 10038
Telephone: (212) 231-2235
Facsimile: (212) 409-8338

*Attorney for Appellants Michael Cunningham,
Joe Arabie, and Michelle Ziegelbaum*

SO ORDERED this 7 day of April, 2016

_____
THE HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

7

RLF1 14319442v.1